

| United States Patent [19] | [11] | Patent Number: | Des. 353,392 |
|---|---|---|---|
| Winston | [45] | Date of Patent: ** | Dec. 13, 1994 |

[54] **COMBINED STAMP PAD AND CONTAINER THEREFOR**

[76] Inventor: Jeffrey M. Winston, 658 W. Shore Dr., Anacortes, Wash. 98221

[**] Term: **14 Years**

[21] Appl. No.: **954,926**

[22] Filed: Sep. 29, 1992

[52] U.S. Cl. .................................... **D18/15; D18/17;** D19/65; D19/70

[58] Field of Search .............. 401/195, 196, 199, 201, 401/202, 261, 262, 23, 25; 118/264–270; 101/327, 333, 368, 379, 405; D28/77; D18/14, 15, 16, 17, 18, 19; D19/65, 53, 70, 95, 99, 100

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 8,486 | 7/1875 | Roberts ................................ | D19/53 |
| D. 23,410 | 7/1894 | Walsh et al. ........................ | D18/18 |
| D. 187,840 | 5/1960 | Levi .................................... | D28/77 |
| D. 223,056 | 3/1972 | Majewski ............................ | D18/17 |
| D. 239,057 | 3/1976 | Utzinger ............................ | D18/18 |
| D. 331,418 | 12/1992 | Winston . | |
| 411,456 | 9/1889 | Lemberger ...................... | 118/270 X |
| 657,961 | 9/1900 | Roberts . | |
| 984,632 | 2/1911 | Winterbottom et al. . | |
| 1,255,925 | 2/1918 | Peters ............................... | 118/270 X |
| 1,807,239 | 5/1931 | Guentzler .......................... | 118/270 |
| 2,188,627 | 1/1940 | Eudaily ............................. | 118/264 |
| 3,158,096 | 11/1964 | Arnold . | |

OTHER PUBLICATIONS

Stamp Products Resource Book 1994–1995, Clearsnap, Inc., Anacortes, Wash. pp. 44, 48, 50.

*Primary Examiner*—Martie Thompson
*Attorney, Agent, or Firm*—Hughes, Multer and Schacht

[57] **CLAIM**

The new design for a combined stamp pad and container therefor, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a combined stamp pad and container therefor showing my new design;
FIG. 2 is a side elevational view thereof, the opposite side being identical;
FIG. 3 is an end elevational view thereof, the opposite end being identical;
FIG. 4 is a top plan view thereof;
FIG. 5 is a bottom plan view thereof;
FIG. 6 is a perspective view with the lid member removed for convenience of illustration;
FIG. 7 is a side elevational view of FIG. 6, the opposite side being identical thereto;
FIG. 8 is an end elevational view of FIG. 6, the opposite end being identical thereto;
FIG. 9 is a top plan view of FIG. 6; and,
FIG. 10 is a bottom plan view of FIG. 6.



tabbies® EXHIBIT A

U.S. Patent     Dec. 13, 1994     Sheet 1 of 2     Des. 353,392

FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

