

**HOBBY LOBBY**

8210 Macedonia Commons Boulevar
Macedonia OH  44056
(330) 468-0338
HOB-LOB #446

7:41PM                              Jul 22/10
01-0001 003
#01278                              ALLENH

~~CHRISTMAS~~
~~CRAFTS~~                          ~~T 2.99~~
~~30% Discount~~                    ~~T .99~~
~~-30.00%~~
SCRAPBOOK                           ~~1.29~~
~~ART SUPPLY~~                      T $4.99
~~30% Discount~~                    ~~T 14.99~~
~~-30.00%~~
                                    ~~T 4.50~~

Subtotal                            $21.26
TX 6.500                            $1.38
**TOTAL**                           $22.64
CASH                                $25.00
CHANGE                              $2.36

THANK YOU
PLEASE COME AGAIN
RETURN POLICY ON BACK OF RECEIPT

Please go to www.hobbylobby.com
for weekly ads and coupons



EXHIBIT
B



espuma blanca, ideales para aplicaciones de tinta precisas y mezcla de colores.

www.clearsnap.com

PROJECT BY HARRIET VICK.

COLORBOX AND CAT'S EYE ARE REGISTERED TRADEMARKS OF CLEARSNAP HOLDING, INC. U.S. FOR. PATS. PEND./US DES. 353,392, US PN 6,244,180 & 6,415,714 ©2006 ALL RIGHTS RESERVED. PRINTED IN USA. COLORBOX PRODUCTS MADE IN USA. 9870R127

CAT'S EYE STYLUS ADAPTER SET

MADE IN THE USA
BY CLEARSNAP
ANACORTES WA 98221

7 46604 69124 3